```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
 LILIANA ELIZABETH YANEZ, on behalf of      :
 herself,                                   :
                                            :
                               Plaintiff,   :      1:21-cv-01360-GHW
                -against-                   :
                                            :           ORDER
 MOCHICA GROUP CORP., JOHN DOE              :
 CORPORATIONS 1-10, INES YALLICO, AND       :
 AUGUSTO YALLICO,                           :
                              Defendants.   :
---------------------------------------------------------------X
```

<div style="float:right; border:1px solid black;">
USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #: _____<br>
DATE FILED: 6/10/2021
</div>

GREGORY H. WOODS, United States District Judge:

  The Court will hold a conference regarding Lee Litigation Group, PLLC's June 10, 2021 motion to withdraw as counsel of record for Plaintiff, Dkt. No. 13, on **June 22, 2021 at 11:00 a.m.** The conference will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.  Plaintiff is ORDERED to attend that conference.  Plaintiff's counsel is directed to write the Court by no later than **June 18, 2021** to confirm that Plaintiff will attend the conference.  Plaintiff's counsel is further ordered to retain a certified interpreter for the June 22, 2021 conference if Plaintiff does not speak fluent English.

  Due to the on-going novel coronavirus pandemic, the Southern District of New York has enacted certain protocols designed to ensure the safety of anyone appearing in any Southern District courthouse. This includes a requirement that every person appearing in a Southern District of New York courthouse complete a questionnaire and have their temperature taken.  Instructions for completing this questionnaire are attached.

  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers if any member of your team does not meet the requirements.

Plaintiff's counsel is directed to serve this order on their client and to retain proof of service.

SO ORDERED.

Dated: June 10, 2021  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge

# ATTENTION:
# ALL ENTERING THE COURTHOUSE

## Instructions for Entering the Courthouse



https://app.certify.me/SDNYPublic

**Step 1:**
Scan this QR code on your phone or visit the website listed to begin the registration process.
**To scan, use your phone camera and click the subsequent link that appears.

**Step 2:**
Fill out the form that appears. Be sure to use a mobile phone number.

**Step 3:**
Complete the Questionnaire. If you answer "yes" to any of these questions, you are denied entry into any SDNY courthouse at this time, per Standing Order 20 Misc. 138. If you have accidentally answered "yes" to a question instead of "no," please call (212) 805-0500 to receive another questionnaire.

**Step 4:**
Use your QR code, sent via text message, to scan in and enter the Courthouse. Proceed to the scanner, scan your QR code, and have your temperature taken via the thermal scanner. If the temperature reading is within the normal range, you may proceed into the Courthouse. If your temperature exceeds the normal range, you are denied entry into any SDNY courthouse at this time, per Standing Order 20 Misc. 138. The QR code will be needed each time you enter the Courthouse throughout the day. The code expires at the end of the day.

**If you have any questions, please call (212) 805-0500