| UNITED STATES DISTRICT COURT | | |
|---|---|---|

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 LILIANA ELIZABETH YANEZ, on behalf of    :
 herself,                                  :
                                           :
                              Plaintiff,   :      1:21-cv-1360-GHW
                  -against-                :
                                           :           ORDER
 MOCHICA GROUP CORP., JOHN DOE            :
 CORPORATIONS 1-10, INES YALLICO, AND     :
 AUGUSTO YALLICO,                         :
                              Defendants.  :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2021

GREGORY H. WOODS, United States District Judge:

On June 22, 2021, the Court granted Lee Litigation Group, PLLC's motion to withdraw as counsel of record for Ms. Yanez. *See* Dkt. No. 17. During that conference, the Court stated that if no attorney entered an appearance on behalf of Ms. Yanez by July 6, 2021, the Court would understand that Ms. Yanez is choosing to proceed with litigating this case *pro se*. As of the date of this order, no attorney has entered an appearance on behalf of Ms. Yanez.

The Court will hold a conference on **July 22, 2021** at **10:00 a.m.** The parties should be prepared to discuss next steps and a schedule for litigating the case. The conference will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at **500 Pearl Street**, New York, New York, 10007.

Ms. Yanez is ordered to confer with the Southern District's Interpreters Office by no later than July 16, 2021 and to retain a certified interpreter for the July 22, 2021 conference.

Due to the on-going novel coronavirus pandemic, the Southern District of New York has enacted certain protocols designed to ensure the safety of anyone appearing in any Southern District courthouse. This includes a requirement that every person appearing in a Southern District of New York courthouse complete a questionnaire and have their temperature taken. Instructions for completing this questionnaire are attached.

Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers if any member of your team does not meet the requirements.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated: July 7, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge

# ATTENTION:
# ALL ENTERING THE COURTHOUSE

## Instructions for Entering the Courthouse



https://app.certify.me/SDNYPublic

**Step 1:**
Scan this QR code on your phone or visit the website listed to begin the registration process.
**To scan, use your phone camera and click the subsequent link that appears.

**Step 2:**
Fill out the form that appears. Be sure to use a mobile phone number.

**Step 3:**
Complete the Questionnaire. If you answer "yes" to any of these questions, you are denied entry into any SDNY courthouse at this time, per Standing Order 20 Misc. 138. If you have accidentally answered "yes" to a question instead of "no," please call (212) 805-0500 to receive another questionnaire.

**Step 4:**
Use your QR code, sent via text message, to scan in and enter the Courthouse. Proceed to the scanner, scan your QR code, and have your temperature taken via the thermal scanner. If the temperature reading is within the normal range, you may proceed into the Courthouse. If your temperature exceeds the normal range, you are denied entry into any SDNY courthouse at this time, per Standing Order 20 Misc. 138. The QR code will be needed each time you enter the Courthouse throughout the day. The code expires at the end of the day.

**If you have any questions, please call (212) 805-0500