```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LILIANA ELIZABETH YANEZ, *on behalf of herself*,

                              Plaintiff,

               -against-

MOCHICA GROUP CORP., JOHN DOE CORPORATIONS 1-10, INES YALLICO, AND AUGUSTO YALLICO,

                             Defendants.
-------------------------------------------------------------------X

1:21-cv-1360-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      The Court has received Plaintiff's October 26, 2021 letter regarding her relationship with her prior counsel. Dkt. No. 31. The Court does not generally engage in *ex parte* discussions with the parties, nor may it provide parties with legal advice. However, the Court encourages Plaintiff to reach out to the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants, which offers pro se litigants various services related to litigation in the Southern District of New York. That clinic can be contacted via its website at https://nylag.org/pro-se-clinic/ or via phone at 212-659-6190.

      The Clerk of Court is instructed to mail a copy of this order to Plaintiff by certified mail.

      SO ORDERED.

Dated: October 26, 2021
New York, New York

                                                _____
                                                GREGORY H. WOODS
                                              United States District Judge