```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 LILIANA ELIZABETH YANEZ, on behalf of    :
 herself,                                 :
                                          :
                              Plaintiff,  :        1:21-cv-1360-GHW
             -against-                    :
                                          :           ORDER
 MOCHICA GROUP CORP., JOHN DOE            :
 CORPORATIONS 1-10, INES YALLICO, AND     :
 AUGUSTO YALLICO,                         :
                              Defendants. :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2022

GREGORY H. WOODS, United States District Judge:

On May 16, 2022, the Court was notified that the mediation in this case was held, but that the case was not resolved. Accordingly, the Court has scheduled an initial pre-trial conference by separate order to be entered today.

The hearing will be conducted in English, and the parties and/or their counsel will be required to participate in English. Plaintiff is reminded that she may retain the services of a lawyer admitted in the Southern District of New York to represent her in this matter and participate in oral argument on her behalf. If Plaintiff wishes participate in oral argument without representation, she may use the services of an interpreter. Should she choose to do so, she should contact the Southern District of New York's Interpreter's Office at 212-805-0084 to obtain a list of qualified interpreters that can be retained for the oral argument. Plaintiff will bear the cost of interpretation services. If Plaintiff decides to retain an interpreter, she should inform the Court of that decision by letter no later than December 13, 2021. That letter should include the name and phone number of the interpreter she has retained.

The Court reminds Plaintiff that she is encouraged to reach out to the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants, which offers pro se litigants various services

related to litigation in the Southern District of New York. That clinic can be contacted via its website at https://nylag.org/pro-se-clinic/ or via phone at 212-659-6190.

The Clerk of Court is instructed to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated: May 16, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge