USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LILIANA ELIZABETH YANEZ, *on behalf of*                    :
*herself*,                                                 :
                                                           :
                                    Plaintiff,             :            1:21-cv-1360-GHW
                -against-                                   :
                                                           :            <u>ORDER</u>
MOCHICA GROUP CORP., JOHN DOE                              :
CORPORATIONS 1-10, INES YALLICO, AND                      :
AUGUSTO YALLICO,                                          :
                                    Defendants.            :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on October 24, 2022, the parties' request

for an extension of time to complete discovery, Dkt. No. 46, is granted.  The Plaintiff shall provide

HIPAA-compliant medical records release authorizations to the Defendants no later than October

31, 2022.  Plaintiff is directed to provide responses to Defendants' outstanding discovery requests

and interrogatories no later than November 4, 2022.  Further, Plaintiff is directed to provide initial

requests for production of documents and interrogatories pursuant to paragraphs 7(b) and 7(c) of

the case management plan and scheduling order entered on June 29, 2022, Dkt. No. 46, no later

than November 14, 2022.

The deadline for the completion of all fact discovery is extended to February 23, 2023.  The

deadline for the completion of all expert discovery is extended to April 9, 2023.  Every party-

proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to

offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P.

26(a)(2) by February 23, 2023.  Every party-opponent of such claim that intends to offer expert

testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2)

by March 7, 2023.  The deadline for submission of motions for summary judgment, if any, is

extended to May 8, 2023.  The status conference scheduled for February 23, 2023 is adjourned to

May 2, 2023 at 4:00 p.m.  The joint status letter requested in the case management plan and

scheduling order entered on June 29, 2022, Dkt. No. 46, is due no later than April 25, 2023.  Except

as expressly modified by this order, the case management plan entered by the Court on June 29,

2022, Dkt. No. 46, remains in full force and effect.

 The Clerk of Court is instructed to mail a copy of this order to Plaintiff by certified mail.


 SO ORDERED.

Dated:  October 24, 2022
New York, New York

            GREGORY H. WOODS
           United States District Judge