```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LILIANA ELIZABETH YANEZ, *on behalf of herself*, :
:
Plaintiff, : 1:21-cv-1360-GHW
-against- :
: ORDER
MOCHICA GROUP CORP., JOHN DOE :
CORPORATIONS 1-10, INES YALLICO, AND :
AUGUSTO YALLICO, :
Defendants. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The deadline for the completion of depositions pursuant to Fed. R. Civ. P. 30, 31 is extended to January 23, 2023. The deadline for the completion of requests to admit pursuant to Fed. R. Civ. P. 36 is extended to January 23, 2023. Except as expressly modified by this order and the order entered by the Court on October 24, 2022, Dkt. No. 49, the case management plan entered by the Court on June 29, 2022, Dkt. No. 46, remains in full force and effect.

The Clerk of Court is instructed to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated: November 7, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge