UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LILIANA ELIZABETH YANEZ,

               Plaintiff,

         -v.-

MOCHICA GROUP CORP. et al.

               Defendants.

21 Civ. 01360 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

The Court has been informed that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case.  ECF No. 78.  A proposed settlement has been submitted for the Court's approval.  ECF No. 86.  The proposed settlement provides for an aggregate payment of $5,000 in connection with Plaintiff's FLSA claims.  ECF No. 86-1 at 3-4.[1]

The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).  Accordingly, the proposed settlement is approved, and the case is hereby DISMISSED WITH PREJUDICE.  The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

The Clerk of Court is directed to terminate all pending motions and to close the case.

SO ORDERED.

Dated: February 26, 2024
      New York, New York

                                     JENNIFER H. REARDEN
                                     United States District Judge

---

[1] As Plaintiff's counsel is representing Plaintiff on a pro bono basis, the proposed settlement does not provide for attorney's fees.  *See* ECF No. 86 at 11; *see also* ECF No. 86-1 at 4.